# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RUBIN, | NO. CV 09-6727 JST (FMO) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 4, 2012.

                                            JOSEPHINE STATON TUCKER
                                            UNITED STATES DISTRICT JUDGE